UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
THE BRONX FREEDOM FUND,                                                 :
                                                                        :
                            Plaintiff,                                  :
                                                                        :     21 Civ. 10614 (JPC)
            -v-                                                         :
                                                                        :     ORDER
CITY OF NEW YORK *et al.*,                                              :
                                                                        :
                            Defendants.                                 :
                                                                        :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

The parties' requests to proceed with briefing on Defendants' motions to dismiss the Amended Complaint are granted. Dkts. 52-54. Defendants shall file their moving briefs by June 20, 2022; Plaintiff shall file its opposition(s) by July 20, 2022; Defendants shall file any replies by August 10, 2022. In light of Defendants' anticipated filing of their motions to dismiss the Amended Complaint, Defendants' previously filed motions to dismiss the Complaint, Dkts. 36, 41, 46, are denied as moot.

The Clerk of Court is respectfully directed to close the motions pending at Docket Numbers 36, 41, 46, 53, and 54.

SO ORDERED.

Dated: May 26, 2022
       New York, New York                              _____
                                                       JOHN P. CRONAN
                                                       United States District Judge