# GISKAN SOLOTAROFF & ANDERSON LLP
## Attorneys at Law

April 5, 2023

**By ECF**
Hon. Barbara Moses, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 740
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 04/06/2023

**MEMO ENDORSED**

Re: *Bronx Freedom Fund v. City of New York, et al.*,
Case No. 21-CV-10614 (JPC) (BCM)

Dear Judge Moses:

This firm represents the Plaintiff in the above-referenced action. We submit this letter pursuant to Your Honor's Order dated April 18, 2022, which stayed the Case Management Conference and instructed the parties to contact the Court within one week of the decision on Defendants' motions to dismiss to reschedule that conference. ECF No. 40. For the reason stated below, we respectfully request that the Case Management Conference remain adjourned *sine die* until either responsive pleadings are filed or any future motions to dismiss are resolved. Defendants consent to this request.

By Opinion and Order dated March 31, 2023, Judge Cronan dismissed the Amended Complaint. *See* ECF No. 71. Judge Cronan further permitted Plaintiff to file a second amended complaint within 30 days of the Opinion and Order. *Id.* Plaintiff intends to file such an amended pleading. Therefore, Plaintiff believes that the factors previously supporting an adjournment of the Case Management Conference remain, and the adjournment should continue.

Application GRANTED. The initial case management conference shall remain adjourned *sine die*. The parties shall file a joint status letter no later than seven days (one week) after defendants' response to plaintiff's second amended complaint. SO ORDERED.

_____
Barbara Moses
United States Magistrate Judge
April 6, 2023

Respectfully submitted,

/s/_____
Oren S. Giskan
Amy E. Robinson
David O'Brien
GISKAN SOLOTAROFF & ANDERSON LLP
90 Broad Street
New York, NY 10004
Telephone: (212) 847-8315

90 Broad Street | New York, New York 10004