**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X
THE BRONX FREEDOM FUND, individually and on behalf of all others similarly situated,

                  Plaintiff,

   -against-                                     21 **CIVIL** 10614 (JPC)(BCM)

                                                         **JUDGMENT**

THE CITY OF NEW YORK, et al.,

                  Defendant.
-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 28, 2024, Defendants' motions are granted, and the Second Amended Complaint is dismissed in its entirety. Count One is dismissed without prejudice as to Kalish, Barry, and the John and Jane Doe Defendants for want of jurisdiction and with prejudice as to the City. Count Two is dismissed without prejudice to refiling in state court. Count Three is dismissed without prejudice for want of jurisdiction; accordingly, the case is closed.

**Dated:** New York, New York

March 28, 2024

                                                       **RUBY J. KRAJICK**
                                                        **Clerk of Court**

                               BY:
                                                        **Deputy Clerk**